

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOGISTICA HOLDING LTD.,

                Plaintiff,

   - against -

AL AMIR CO. FOR FOOD PRODUCTS and
SAMIR HASSAN,

                Defendants.
------------------------------------------------------------X

09 CV _____

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: April 14, 2009

                The Plaintiff,
                LOGISTICA HOLDING LIMITED

            By: _____
                Patrick F. Lennon (PL2162)
                Anne C. LeVasseur (AL3333)
                LENNON, MURPHY & LENNON, LLC
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050 – phone
                (212) 490-6070 – fax
                pfl@lenmur.com
                acl@lenmur.com