

**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd., Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

August 14, 2009

RECEIVED
IN CHAMBERS

**MEMO ENDORSED**   AUG 17 2009

LAWRENCE M. McKENNA

*Via Hand Delivery*
Hon. Lawrence M. McKenna
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1640
New York, NY 10007

**Re:** **Logistica Holding Ltd. v. Al Amir Co. for Food Products and Samir Hassan**
Docket Number: 09 Civ. 3762 (LMM)
Our File Number: 1870-09

Dear Judge McKenna,

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On or about April 15, 2009, the Court issued an Ex Parte Order of Maritime Attachment and Garnishment authorizing process of maritime attachment permitting restraint of Defendants' property in the hands of garnishee banks located within the Southern District of New York.

Despite daily service of the writ of attachment, to date, none of Defendants' funds have been attached. Pursuant to the terms of the Ex Parte Order, the writ of attachment shall automatically expire 120 days from the date of issuance. Plaintiff may request an extension of the Order for an additional 90 days upon a showing of good cause by the Plaintiff.

We write to advise the Court that Plaintiff's London solicitors, Hill Dickinson, have advised us that the parties have been and continue to be engaged in settlement negations. As such, the Plaintiff has delayed commencing arbitration proceedings while concentrating its efforts on achieving a settlement of the matter. If a settlement is not reached within the next few days, Plaintiff is prepared to commence arbitration proceedings.

As the Ex Parte Order will automatically expire on August 15, 2009, Plaintiff respectfully requests a short extension of the Ex Parte Order until August 28, 2009 while we await a status update on the settlement/arbitration from Plaintiff's London solicitors.

Granted. So ordered.
/s/ LMM
L SDJ  8/17/09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/09

Patrick F. Lennon   Charles E. Murphy   Kevin J. Lennon   Nancy R. Siegel   Anne C. LeVasseur   Coleen A. McEvoy   Darin L. Callahan

We thank the Court for its time and attention to this matter. Should your Honor have any questions or comments we are available to discuss the same at the convenience of the Court.

Respectfully submitted,

Anne C. LeVasseur

ACL/bhs