

Lennon, Murphy & Lennon, LLC
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/09

August 28, 2009

RECEIVED IN CHAMBERS
SEP - 2 2009
MEMO ENDORSED LAWRENCE M. McKENNA

<u>*Via Facsimile with Permission (212) 805-7919*</u>
Hon. Lawrence M. McKenna
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1640
New York, NY 10007

Re: **Logistica Holding Ltd. v. Al Amir Co. for Food Products and Samir Hassan**
Docket Number: 09 Civ. 3762 (LMM)
Our File Number: 1870-09

Dear Judge McKenna,

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On or about April 15, 2009, the Court issued an Ex Parte Order of Maritime Attachment and Garnishment authorizing process of maritime attachment permitting restraint of Defendants' property in the hands of garnishee banks located within the Southern District of New York.

Today, two wire transfers of Defendants' property were interrupted by HSBC in the amounts of $1,000.00 and $500.00 pursuant to service of the Ex-Parte Order of Attachment and accompanying Writ. We are awaiting confirmation from our clients today that they wish to restrain theses funds, in light of the parties' engagement in settlement negations. If the funds are restrained, notice of the attachment will be duly sent to the Defendants forthwith, pursuant to the Local Rules.

Pursuant to the terms of the Ex Parte Order, Plaintiff may request an extension of the Order for an additional 90 days upon a showing of good cause by the Plaintiff. Since Defendant's funds have been found in the District, if and when such funds are attached, jurisdiction will be obtained over Defendant. Further, it is apparent that Defendant is conducting business through New York banks. In light of the foregoing, Plaintiff respectfully requests that we be allowed to continue to serve the Process of Maritime Attachment in the hopes of obtaining full security for Plaintiff's claim.

As the Ex Parte Order is set to expire today, August 28, 2009, and Defendant's property has been found in the Southern District of New York, Plaintiff respectfully requests an extension of the Ex Parte Order for 90 days.

Granted. So ordered.
/s/ LMM 9/8/09

We thank the Court for its time and attention to this matter. Should your Honor have any questions or comments we are available to discuss the same at the convenience of the Court.

Respectfully submitted,

Coleen A. McEvoy

CAM/bhs