UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOGISTICA HOLDING LTD.,

                    Plaintiff,

- against -

AL AMIR CO. FOR FOOD PRODUCTS and
SAMIR HASSAN,

                    Defendants.
-----------------------------------------------------------------X

09 CV 3762 (LMM)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendants, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

Dated: August 12, 2010

                    The Plaintiff,
                  LOGISTICA HOLDING LTD.

                  By: *[signature]*
                  Patrick F. Lennon
                  Anne C. LeVasseur
                  LENNON, MURPHY, CAULFIELD &
                  PHILLIPS, LLC
                  The GrayBar Building
                  420 Lexington Ave., Suite 300
                  New York, NY 10170
                  (212) 490-6050 – phone
                  (212) 490-6070 – fax
                  pfl@lmcplegal.com
                  acl@lmcplegal.com