McKenna, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOGISTICA HOLDING LTD.,

      Plaintiff,

 - against -

AL AMIR CO. FOR FOOD PRODUCTS and
SAMIR HASSAN,

      Defendants.
------------------------------------------------------------X

09 CV 3762 (LMM)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2010

SO ORDERED

**NOTICE OF VOLUNTARY DISMISSAL**

  PLEASE TAKE NOTICE, there having been no appearance from Defendants, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

Dated: August 12, 2010

            The Plaintiff,
            LOGISTICA HOLDING LTD.

           By: _Anne C. LeVasseur_
            Patrick F. Lennon
            Anne C. LeVasseur
            LENNON, MURPHY, CAULFIELD &
            PHILLIPS, LLC
            The GrayBar Building
            420 Lexington Ave., Suite 300
            New York, NY 10170
            (212) 490-6050 – phone
            (212) 490-6070 – fax
            pfl@lmcplegal.com
            acl@lmcplegal.com

So Ordered: _____
HON. LAWRENCE M. McKENNA, USDJ